IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

MICHAEL SURINE,

    Plaintiff,

v.     CV 319-040

JIMMY BRITT CHRYSLER DODGE
JEEP RAM, LLC, and BRITT
AUTOMOTIVE, LLC,

    Defendants.

**O R D E R**

On June 22, 2019, Plaintiff Michael Surine filed a Notice of Voluntary Dismissal seeking to dismiss without prejudice Defendant Jimmy Britt Chrysler Dodge Jeep Ram, LLC (Doc. No. 6.) This Defendant has not filed an answer or a motion for summary judgment in the case. After due consideration, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted against Defendant Jimmy Britt Chrysler Dodge Jeep Ram, LLC in this matter are **DISMISSED WITHOUT PREJUDICE**. Administratively, the Clerk shall **TERMINATE** only this Defendant from the record of the case.

    **ORDER ENTERED** at Augusta, Georgia, this 7th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE