FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 MAR -4 AM 11:48

CLERK J Hodsc
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

MICHAEL SURINE,                                   *
                                                  *
     Plaintiff,                             *
                                                  *
     v.                                     *          CV 319-040
                                                  *
BRITT PARRISH AUTOMOTIVE, LLC,                    *
                                                  *
     Defendant.                             *

---

**O R D E R**

---

On March 3, 2020, the parties filed a "Stipulation of Dismissal" signed by both parties. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case and **TERMINATE** all motions and deadlines. The parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE